IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODORA VELAZQUEZ, et al., | No. C-13-1404 MMC |
| Plaintiffs, | **ORDER DENYING AS MOOT MOTION TO DISMISS INITIAL COMPLAINT AND MOTION TO SEVER CLAIMS ALLEGED IN INITIAL COMPLAINT** |
| v. | |
| WASTE MANAGEMENT NATIONAL SERVICES, INC., et al., | |
| Defendants. | |

On April 5, 2013, defendants filed two motions: (1) a motion to dismiss plaintiffs' initial complaint, and (2) a motion to sever certain claims from the initial complaint. On April 26, 2013, plaintiffs filed a First Amended Complaint.

"[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

Accordingly, defendants' motion to dismiss the initial complaint and defendants' motion to sever claims from the initial complaint are hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: May 13, 2013

MAXINE M. CHESNEY
United States District Judge