IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEODORA VELAZQUEZ, et al.,

    Plaintiffs,

  v.

WASTE MANAGEMENT NATIONAL SERVICES, INC., et al.,

    Defendants.

No. C 13-1404 MMC

**SECOND ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH THE CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS**

On April 26, 2013, plaintiffs electronically filed their First Amended Complaint. By order filed May 6, 2013, the Court directed plaintiffs to comply with the Civil Local Rules of this District and the Court's Standing Orders, see Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2, by immediately submitting a chambers copy of the First Amended Complaint. Plaintiffs, however, failed to comply with the Court's order.

Plaintiffs are again directed to comply with the Civil Local Rules of this District and the Court's Standing Orders by immediately submitting a chambers copy of the First Amended Complaint.

Parties are expected to comply with court orders and rules. Accordingly, plaintiffs are hereby advised that their failure to timely comply with this order likely will result in the imposition of monetary and/or other sanctions.

**IT IS SO ORDERED.**

Dated: May 14, 2013

                              MAXINE M. CHESNEY
                              United States District Judge