Waukeen Q. McCoy, Esq., (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1300
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile:   (415) 675-2530

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODORA VELAZQUEZ; PHILLIP PERRY; PAUL BLUM; OSCAR LARGEASPADA; MARK MARIANI; KARLTON PRATER; EDDIE HITCHCOCK; CHARLES MARTIN; CARL YATES; ANTONIO VICTORIA; ANTONION INGRAM; ALAN MANRIQUE;; THOMAS HOOVER, all individuals<br><br>                    Plaintiffs,<br>vs.<br><br>WASTE MANAGEMENT NATIONAL SERVICES,INC.; WASTE MANAGEMENT OF CALIFORNIA, INC.; WASTE MANAGEMENT OF ALAMEDA COUNTY INC;DOES1 through 50, inclusive,<br>                    Defendants.<br>_____ | Case No.:  CV 13-01404 MMC<br><br>**STIPULATION TO RESET DEADLINES ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO SEVER; ~~PROPOSED ORDER~~**<br><br>**ORDER APPROVING STIPULATION, CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO SEVER, AND CONTINUING CASE MANAGEMENT CONFERENCE** |

-1-

On May 10, 2013, Defendants filed a Motion to Sever and a Motion to Dismiss Plaintiffs' First Amended Complaint, with hearing dates on both motions set for June 21, 2013.  Plaintiffs' oppositions to both motions are currently due on May 24, 2013.  Defendants' replies are due on May 31, 201.  The hearing date on Defendants' Motion to Dismiss is currently set for June 21, 2013.

Plaintiffs' counsel has a scheduling conflict that will make it difficult for Plaintiffs to meaningfully respond to both motions.  In light of that, the parties have stipulated to extend the deadlines for the parties to file oppositions and replies on both motions.

The parties hereby request that the Court extend Plaintiffs' deadlines to oppose both motions to June 4, and extend the deadline for Defendants to reply to both motions to June 11.

Dated: May 22, 2013                LAW OFFICES OF WAUKEEN MCCOY

                                   By:    \_\_/s/ Matt Springman_____
                                          Matt Springman
                                          Attorney for Plaintiffs


Dated: May 22, 2013                SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                   By:    \_\_/s/ Morgan Forsey_____
                                          Morgan Forsey
                                          Attorney for Defendants

SMRH:408536779.1

0WBS-175030

**~~PROPOSED~~ ORDER**

In light of the parties' stipulation, the deadline for Plaintiffs to oppose Defendants' Motion to Dismiss and Motion to Sever is hereby extended to June 4, 2013.  The deadlines for Defendants to reply to Plaintiffs' oppositions is hereby extended to June 11, 2013.  The hearing date for both motions is ~~unchanged.~~ hereby continued from June 21, 2013 to June 28, 2013.

Further, the Initial Case Management Conference is hereby continued from June 28, 2013 to August 23, 2013, at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than August 16, 2013.

**IT IS SO ORDERED**

DATED: May 23, 2013



HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE