IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODORA VELAZQUEZ, et al., <br><br>　　　　Plaintiffs, <br>　　v. <br><br>WASTE MANAGEMENT NATIONAL SERVICES, INC., et al., <br><br>　　　　Defendants. | No. C-13-1404 MMC <br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS' MOTION TO SEVER** |

　　　　Before the Court are two motions, both filed May 10, 2013 by defendants Waste Management National Services, Inc., Waste Management of California, Inc., and Waste Management of Alameda County, Inc.: (1) "Motion to Dismiss Complaint under FRCP Rules 8, 12(b) and 12(b)(6); or in the Alternative, for a More Definite Statement Pursuant to FRCP 12(e)"; and (2) "Motion to Sever Plaintiffs' First Amended Complaint Pursuant to F.R.C.P. 21." Plaintiffs have filed opposition, to which defendants have replied.

　　　　Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for June 28, 2013.

　　　　**IT IS SO ORDERED.**

Dated: June 26, 2013

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge