SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
MORGAN P. FORSEY, Cal. Bar No. 241207
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email:      mforsey@sheppardmullin.com
            rholland@sheppardmullin.com

Attorneys for WASTE MANAGEMENT NATIONAL SERVICES, INC., WASTE MANAGEMENT OF CALIFORNIA, INC., and WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODORA VELAZQUEZ, PHILLIP PERRY, PAUL BLUM, OSCAR LARGEASPADA, MARK MARIANI, KARLTON PRATER, EDDIE HITCHCOCK, CHARLES MARTIN, CARL YATES, ANTONIO VICTORIA, ANTONION INGRAM, ALAN MANRIQUE, JOYCE GUZMAN, and THOMAS HOOVER, all individuals,<br><br>              Plaintiffs,<br><br>     v.<br><br>WASTE MANAGEMENT NATIONAL SERVICES, INC., WASTE MANAGEMENT OF CALIFORNIA, INC., WASTE MANAGEMENT OF ALAMEDA COUNTY, INC., and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. CV 13-01404-MMC<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE; GRANTING DENYING AS MOOT DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE** |

SMRH:409926960.1

-1-

[PROPOSED] ORDER

# ORDER

~~GOOD CAUSE APPEARING THEREFOR, Defendants' request for telephonic hearing scheduled for August 23, 2013 at 10:30 AM at the above-entitled Court regarding is granted~~.

Before the Court is counsel for defendants' request to appear by telephone at the Case Management Conference currently scheduled for August 23, 2013.  In light of the reason stated, a "preplanned family vacation . . . in Southern California," the Court finds it preferable to continue the conference to a later date.

Accordingly, the Case Management Conference is hereby CONTINUED to September 6, 2013, and the request for telephonic appearance is hereby DENIED as moot.

IT IS SO ORDERED.

DATED:     August 16, 2013

_____
HON. MAXINE M. CHESNEY