1  WAUKEEN Q. MCCOY, ESQ. (SBN: 168228)
   LAW OFFICES OF WAUKEEN Q. McCOY
2  703 Market Street, Suite 1300
3  San Francisco, California 94103
   Telephone:   (415) 675-7705
4  Facsimile:   (415) 675-2530
   E-mail:      mail@mccoyslaw.com
5  Attorney for Plaintiffs

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 PHILLIP PERRY, MARK MARIANI, EDDIE    Case No. CV13-01404-MMC
11 HITCHCOCK, ANTONIO INGRAM, and
   ALAN MANRIQUE, all individuals        PLAINTIFFS' NOTICE OF DISMISSAL
12
                Plaintiffs,               AND ORDER THEREON
13
14     vs.

15 WASTE MANAGEMENT NATIONAL
   SERVICES, INC.; WASTE MANAGEMENT
16 OF CALIFORNIA, INC.; WASTE
17 MANAGEMENT OF ALAMEDA COUNTY
   INC; DOES 1 through 50, inclusive,
18
                Defendants
19

20

21

22

23     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the
24 plaintiffs Phillip Perry, Mark Mariani, Eddie Hitchcock, Antonio Ingram, and Alan Manrique
25 and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed
26 in its entirety, with prejudice against all defendants Waste Management National Services, Inc.;
27 Waste Management of California, Inc.; Waste Management of Alameda County Inc.; and Does
28 1 through 50. The parties have settled the matter between them.

Dated: May 1, 2014

By: _____
Waukeen McCoy
Attorney for Plaintiffs

ORDER:

It is ordered that this case is dismissed.

Dated: May 2, 2014

_____
Judge, United States District Court